UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KRISTIN CRABTREE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN COLVIN, )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>Defendant. ) | Case No. 1:12CV171 JAR |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, filed February 25, 2014 (ECF No. 20). Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Mensah. In her report, Magistrate Judge Mensah recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Plaintiff was granted fourteen days, to file any objections to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [20] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 12th day of March, 2014.

                                                                                       _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE